BOYD, Respondent, vs. THE WESTERN PAVING & SUPPLY COMPANY, imp., Appellant.

*April 8 — April 30, 1897.*

*Wells v. Western Paving & Supply Co., ante, p. 116, followed.*

APPEAL from a judgment of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Reversed.*

For the appellant there was a brief by *Hoyt, Ogden & Olwell*, and oral argument by *F. M. Hoyt.*

For the respondent there was a brief by *Howard & Mallory*, and oral argument by *Samuel Howard* and *R. B. Mallory.*

MARSHALL, J.   The questions presented in this case are the same as those decided in *Wells v. Western Paving & Supply Co., ante*, p. 116.   That case rules this.

*By the Court.*— The judgment of the circuit court is reversed, and the cause remanded for further proceedings according to law.